WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mansoorch Tanooryan, | No. CV-18-00293-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Ruth Grant, et al., | |
| Defendants. | |

Pursuant to the Defendant's Motion for Extension and good cause appearing.

**IT IS HEREBY ORDERED**

1. The Motion (Doc. 11) is **GRANTED**.

2. Defendant Pima County's deadline to file their Answer or Responsive pleading is extended by **30 days**.

Dated this 9th day of August, 2018.

_____
Honorable Raner C. Collins
Chief United States District Judge